**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1) MARLA MURPHY,** | |
| Plaintiff, | |
| v. | Case No.: 17-CV-00339-JED-JFJ |
| **(1) STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | |
| Defendant. | ATTORNEY LIEN CLAIMED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Marla Murphy ("Plaintiff"), by and through her counsel of record, Donald E. Smolen, II, and Laura L. Hamilton of Smolen, Smolen & Roytman, PLLC, and Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel of record, Joseph T. Acquaviva, Jr. of Wilson, Cain & Acquaviva, hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

/s/ Donald E. Smolen, II
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 South Cincinnati Ave
Tulsa, Oklahoma 74119
Telephone: (918)585-2667
Facsimile: (918)585-2669
donaldsmolen@ssrok.com
laurahamilton@ssrok.com

**ATTORNEYS FOR PLAINTIFF. MARLA MURPHY**

-and-

/s/Joseph T. Acquaviva, Jr.*
Joseph T. Acquaviva, Jr., OBA #11743
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
JTAcqua@wcalaw.com

**ATTORNEY FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

*Signed by filing attorney with permission of Defendant's attorney.*